ROBERT GENE STOKES
209 W. JAKSON STT. APT,227
PHOENIX TX 85003
(602) 503-3259

___ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 0 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT GENE STOKES,<br><br>    Plaintiff,<br><br>v.<br><br>OPRA WINFREY/TEGMAN, JOHN KENNEDY, MISS. GOODMAN, BYRON SCOTT,<br><br>    Defendant(s). | CASE NUMBER:  CV-18-00709-PHX-JJT<br><br>COMPLAINT |

### Jurisdiction

This court has jurisdiction over this matter pursuant to §§ 1. OPRA WINTFEY AND STEDMAN 2. JOHON KENNDY OF NEW YORK  3. MISS. GOODMAN OF SERANTON PARK  4. BYRON SCOTT , THE L.A...  LAKERS. The plaintiff  is a resident of PHOENIX, Maricopa County, TX and a citizen of the United States. The defendant, , is a resident of PHOENIX, NY and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

I, WAS WORKIG, AT THE AFRICAN BOOKSTORE IN AUSTI, TX. SUDDENTLY, I, WAS LOOKING AT BOOKS, UNTILL, STEDMAN APROADED ME, AND STARED TO TALKING ME, WE, TALKED, AND HE SAID, "LETS GO TO THE RESTROOM" SO I DID.  WE TALK, FOR ABOUT 5 TO 10 MINUTES AND SUDDENDLY HE KISSEDME IN THE MOUTH.  ILOOED AT HIM.  AND, TH EN HE POLLED MY PAINS DOWN, AND BEGIN THOUCING MY PENIS, AND MY BUTT.  AND TURNED ME AROUND , AND PUT HIS HARD PENIS , INSISE MY ANUS , FOR ABOUT 20 MINUTES.  THEN HE CAME INSIDE, OF ME, THEN, HE, TOOK HIS PENIS, OUT, AND HELD ME. STEDMEN, SAID "i'LL, SEE YOU LATER ROBERT" THEN,  I, WALKED OUT OF THE RESTROO. AND, LEFTH OUT, OF THE BUILDING. STEDMOND, DID THIS SEX, TO ME, FOR, 5 MORE DAYS. AFTER I, CAME, FROW WORKING, ON THE COMPUTER.  ON SATURDAY, WE DID IT AGAIN, SEX . THE LAST DAY, HE SAID "ROBERT "I AM LEAVING TO NEW YORK TODAY , I'LL SEE LATER" HE LEFT OUT OF THE BUILDING, IN A, CAR, THEN I,

WALKED, HOME. TO MY APRTMENT.. THEN, I SAW, OPERA WINFREY, ON T.V. SUENG THE COW INDUTSRY, IN 1997 OR 98. 2. MY FRIEND, AND I, WENT TO NEW YORK, TO VISIT AND HAVE FUN, FROM JERSY CITY. WE HOPPED ON THE HOLON TUNNEL TRAIN AND WENT, TO DOWDOWN NEW NORK CITYTO SEE, 42ND STRREE. WE DID. WHEN, WE WERE, WALKIG, DOWN, 42ND STERET ON BRADWWAY, SOMETHING, REALLY, HARD HIT ME,FROM THE BACK, I, LOOKED, AROUND AND SAID "'HEY" HE, STOPED, AND LOOKED AT ME, WITH HIS YELLOWJACKET ON, JOHNS, TITE BLAK SPEEDOS, AND HIS PENIS WAS LOND, AND HIS NUTS, BIG BALLS, HE MOVED BACK, WITH HIS, BIKE, AND WENT RIGHT OF US AND MOVED ON. AND, MY FREIND SAIND " YOU, KNOW, THAT WAS JONHN KENNDy. I, SAID "JONH" AND COULD NOT, BELEVE IT. MY LOWER BAK WAS HURTING, MY BUTT, LOWER LEGS WREE HUTTING, BADLY. 2HRS, LATER, WE WENT BACK TO JERSY CITY, ON THE HOLLON TUNNLE. SHE WENT HOME, THEN I,WENT HOME, TO FRIEDS HOUE. AND TOLD, HIM. " I, SAW JOHN KENNEDY". I WAS IN NEW JERSSY, FOR ANOYHER WEEF, AND WENT BACK TO PHOENIX ,AND SAW MY DR., AND HE SAID TAKE THESE PILLS, AND FEEL, BETTER AND  SAID , 'THATS WAHAT SOME, PEOPLE DO' SO, I WENT HOME. 3. AT PRCY L . JULIAN SCOOL, MY, 1ST GRADE ,TEACHER, MISS GOODMA., CALLED, ME INTO, THE CLASS ROOM. I, WAS PLAYING WHIT, THE CLSAS MATES. SO, I WENT TO SEE WHAT SHE WANTED. I, WENT NERE HER DESK, AND  SHE ,STARTED, STOKIING, MY PENIS, AND PULLING OUT MT SHIRT, AND STARED, STROKUG, MY PENEN. SHE DID IT FOR 20MINUT, I,SAID. NOTHING AND, SHE SAID TO ME PULLING, UP, MY PAINS." GO PLAY' , SHE, ZIPPED, UP,MY PAINTS , AND, THEN I ,WENT OUT SIDE, AND, PLAYED, WHIT THE KIDS. I, WAS ONL,Y 6 OR 7 YEARS OF AGE. 4. MY FRIND AND I, WENT TO, GET HIS FREIND, HIS FREIND, AND IT WAS BRYON SCOTT OF THE ASU SUN DEVAL BASKET BALL TEAM. HE GOT UP IN THE FRONT SEAT AND WE LEFT TO LOS ANGELAS CA. I, WAS, ASLEEP , MY FRIEND WAS DRIVEN TO LA. MY, FREIND PULLED OVER TO THE RIGHT OF THE ROAD, TTO GET SLEEP. BYRON WAS TALING TO ME . AND HE SAID, ' COME UP, FRONT IN, TALK ,TO ME. SO I DID ,. BUT WHEN, I, WAS TALKING, TO HIM, HIS, PENIS WAS OUT, HARD. SO HE GENTE PULED, MY HEAD DOWN, TO HIS HARD PENIS AND FORED MY MOUTH, ON  HID PENIS, AND HADE ME, SUKE IT FOR 20 MINUTE, HE COMED  IN MY MOUTH AND PUT MY HEAD UP AND MY FREIND WOKE UP, AND BEGEN TO DRIVE, TO CALIFORNA. WE, GOTV THER, AND, LET BYRON, OUT, AT A PINK HOUSE, WE, WENT, TO MY UNCLES W HOUSE IN OOS ANGELAS. I WAS 17 OF AGE , BYRON WAS ONLY 19 YEARS OF AGE.

**Demand**

**Damages:** $OPERS CWIFERY STAADMEN 35,545.00   ANN HJONH KRNNNEDT 14,000.000.00 AND MRS GOODMA 1,250,000.00 AND BBYON SCOTT FOR 500,00,000 THEY DIT TO ME

Date: 3-5-18

Signature of Pro Se Plaintiff
ROBERT GENE STOKES
209 W. JAKSON STT. APT,227
PHOENIX, TX 85003
(602) 503-3259