IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Gene Stokes, Plaintiff, v. Dean, et al., Defendants. | No. CV-18-01055-PHX-SMM **ORDER AND PERMANENT INJUNCTION** |
| Robert Gene Stokes, Plaintiff, v. Kennedy, et al., Defendants. | No. CV 18-01051-PHX-SMM |
| Robert Gene Stokes, Plaintiff, v. Kennedy, et al., Defendants. | No. CV-18-00981-PHX-SMM |
| Robert Gene Stokes, Plaintiff, v. Bush, et al., Defendants. | No. CV-18-00931-PHX-SMM |
| Robert Gene Stokes, Plaintiff, v. Jordan, et al., Defendants. | No. CV-18-00913-PHX-SMM |

| | |
|---|---|
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>Queen Elizabeth, et al.,<br>Defendants. | No. CV-18-00880-PHX-SMM |
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>Aikman, et al.,<br>Defendants. | No. CV-18-00838-PHX-SMM |
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>God's House, et al.,<br>Defendants. | No. CV-18-00786-PHX-SMM |
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>San Francisco Park, et al.,<br>Defendants. | No. CV-18-00721-PHX-SMM |
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>Winfrey, et al.,<br>Defendants. | No. CV-18-00709-PHX-SMM |
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>Veyo Cab Company, et al.,<br>Defendants. | No. CV-18-00655-PHX-SMM |
| Robert Gene Stokes,<br>Plaintiff,<br>v.<br>Motel 8, et al.,<br>Defendants. | No. CV-18-00636-PHX-SMM |

| Robert Gene Stokes,<br>Plaintiff,<br>v.<br><br>Los Angeles Lakers, et al.,<br>Defendants. | No. CV-18-00616-PHX-SMM |
|---|---|

Previously, this Court ordered Plaintiff to show cause, in writing, why the injunction proposed should not be imposed. (See Doc. 6, No. CV-18-01055-PHX-SMM.) The Court warned Plaintiff that if he failed to timely respond to the Order or failed to persuade the Court that an injunction should not be imposed, the Court would issue the injunction outlined in its Order. (Id. at 19-20.) Plaintiff's response to the Order to show cause was due Friday, May 11, 2018. (Id.) Plaintiff has not responded to the Court's Order.

For the reasons articulated in its May 1, 2018 Order (id. at 14-18), the Court hereby imposes an abusive litigant injunction on Plaintiff.

Accordingly,

**IT IS HERERBY ORDERED** enjoining Plaintiff from *filing in forma pauperis* lawsuits. The Clerk of Court shall not accept, shall not return, and shall discard every *in forma pauperis* lawsuit submitted.

**IT IS FURTHER ORDERED** enjoining Plaintiff from filing any civil action in the District of Arizona without first obtaining leave of the court. In seeking leave to file, Plaintiff must file a motion for leave to file captioned as an "Application Pursuant to Court Order Seeking Leave to File." In the Application,

a. Plaintiff must file an affidavit certifying that the claim or claims presented are new and have never been raised and disposed of on the merits by any federal court.

b. Plaintiff must certify that, to the best of his knowledge, the claim or claims presented are not frivolous or taken in bad faith.

c. Plaintiff must affix a copy of this Order and a list of all cases previously filed involving similar or related causes of action.

    d. **The failure to comply strictly with the terms of this Order shall be sufficient grounds to deny leave to file.**

e. **The failure to certify, or upon false certification, that the claims have not been previously raised and disposed of may subject Plaintiff to sanctions.**

Dated this 15th day of May, 2018.

Honorable Stephen M. McNamee
Senior United States District Judge